IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTEROBJECTS, INC., | Case No.: 3:12-cv-680 JSC |
| Plaintiff, | **ORDER RE: CASE SCHEDULE** |
| v. | |
| EBAY, INC., | |
| Defendant. | |

The parties appeared for a Case Management Conference on June 14, 2012. The Court adopted the schedule set forth in the Joint Case Management Conference Statement (Dkt. No. 25) with the following additions:

- The Tutorial is scheduled for February 5, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.
- The Claim Construction hearing is scheduled for February 6, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

The Court will set the remainder of the case schedule following issuance the Claim Construction order.

**IT IS SO ORDERED.**

Dated: June 15, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE