IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br>      Plaintiff, <br><br>   v. <br><br> EBAY, INC., <br><br>      Defendant. | Case No. 12-00680 JSC <br><br> ORDER RE: JOINT DISCOVERY LETTER BRIEF REGARDING PRODUCTION OF SOURCE CODE (Dkt. No. 80) |

The Court is in receipt of a joint discovery letter brief filed Sunday, September 1, 2013 regarding Plaintiff's motion to compel production of Defendant's source code. Following the September 5, 2013 9:00 a.m. hearing on Defendant's motion to amend its invalidity contentions the parties shall meet and confer in person regarding Plaintiff's source code motion, provided any dispute remains. If the parties are unable to resolve their dispute following the meet and confer, the Court will hear argument at 11:30 a.m.

**IT IS SO ORDERED.**

Dated: September 4, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE