1   SPENCER HOSIE (CA Bar No. 101777)
    shosie@hosielaw.com
2   DIANE S. RICE (CA Bar No. 118303)
    drice@hosielaw.com
3   DARRELL R. ATKINSON (CA Bar No. 280564)
    datkinson@hosielaw.com
4   HOSIE RICE LLP
5   Transamerica Pyramid, 34th Floor
    600 Montgomery Street
6   San Francisco, CA 94111
    (415) 247-6000 Tel.
7   (415) 247-6001 Fax

8
    *Attorneys for Plaintiff*
9   *MASTEROBJECTS, INC.*

10  *Additional Attorneys Listed on Signature Page*

11

12                  UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION

14

15  MASTEROBJECTS, INC.,                    | Case No. CV 12-680 JSC

16                  Plaintiff,              | **STIPULATION TO EXTEND CERTAIN
                                            | PRETRIAL DATES AND [PROPOSED]
17  v.                                      | ORDER**

18  EBAY, INC.,

19                  Defendant.

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 7-12, Plaintiff MasterObjects, Inc. ("MasterObjects") and Defendant eBay, Inc. ("eBay") hereby stipulate through their respective counsel of record as follows:

WHEREAS, on May 2, 2013 a further Case Management Conference was held in this case, following the issuance of the claim construction order, at which the Court set a case schedule that included discovery cut-off, expert disclosure and other pre-trial dates, and also set a date for trial;

WHEREAS, the parties agreed to brief extensions of the discovery cut-off and certain expert dates, by stipulation dated August 22, 2013, upon which the Court entered its order on August 23, 2013; and

WHEREAS, the parties request a brief additional extension of the deadline for expert reports of approximately four weeks, with similar extensions for following expert deadlines and other pretrial deadlines; however, the proposed extensions will still leave approximately two and one-half months between the hearing of dispositive motions and the trial date, and will leave the trial date unchanged; and

WHEREAS, the parties submit that the proposed schedule changes are reasonably necessary for orderly preparation of expert materials and trial preparation;

NOW THEREFORE the parties through their undersigned counsel, hereby stipulate and request that the Court order the extensions of dates shown in the chart below:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Fact Discovery Cut-Off: |  |  |
| Last Day to Amend Pleadings: |  |  |
| Last Day to Designate Experts: | October 7, 2013 | November 4, 2013 |
| Last Day for Rebuttal Expert Reports: | November 1, 2013 | December 2, 2013 |

| Last Day to Complete Expert Discovery: | November 18, 2013 | December 13, 2013 |
|---|---|---|
| Last Day to File Dispositive Motions: | November 22, 2013 | December 23, 2013 |
| Dispositive Motion Hearing: | January 16, 2014 | February 10, 2014 |
| Last Day to File Daubert Motions: | January 16, 2014 | February 10, 2014 |
| Pretrial Filings Due: | February 20, 2014 | March 10, 2014 |
| Trial | April 21, 2014 | April 21, 2014 |

IT IS SO STIPULATED.


Dated: September 30, 2013          Respectfully submitted:

                                   HOSIE RICE LLP

                                   By:  */s/ Spencer Hosie*_____
                                        Spencer Hosie
                                        *Attorneys for Plaintiff*
                                        *MasterObjects, Inc.*


                                   BRACEWELL & GIULIANI LLP

                                   By: */s/ Christopher A. Shield*_____
                                        Christopher A. Shield
                                        *Attorneys for Defendant*
                                        *eBay, Inc.*



          I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic

filing of this document has been obtained from the other signatories.

DATED: September 30, 2013

                                             __*/s/ Spencer Hosie*_____
                                               Spencer Hosie

1

**[PROPOSED] ORDER**

2          Pursuant to the stipulation of the parties, it is hereby ORDERED that the pre-trial

3    dates are extended to the proposed dates set forth above in the parties' stipulation.

4

5          **PURSUANT TO STIPULATION IT IS SO ORDERED.**

6

7

8    Dated: October  ___, 2013          _____

9                                       Honorable Jacqueline Scott Corley
                                        United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28