John H. Barr, Jr. (TX 00783605)
John.Barr@bgllp.com
Christopher A. Shield (TX 24046833)
Chris.Shield@bgllp.com
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, Texas  77002-2770
Telephone: (713) 223-2300
Facsimile: (800) 404-3970

*PRO HAC VICE*

Martin L. Pitha (CA 192447)
mpitha@slplawfirm.com
Smith Lillis Pitha LLP
18201 Von Karman Avenue, Suite 1080
Irvine, CA 92612
Telephone: (949) 209-9020
Facsimile: (415) 217-7011

ATTORNEYS FOR DEFENDANT
EBAY INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| MASTEROBJECTS, INC.<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EBAY, INC.<br><br>　　　　　　　Defendant. | Case No.  3:12-cv-00680<br><br>STIPULATION TO EXTEND CERTAIN PRETRIAL DATES AND [~~PROPOSE~~D] ORDER |

1     Pursuant to Civil Local Rule 7-12, Plaintiff MasterObjects, Inc. ("MasterObjects") and Defendant eBay Inc. ("eBay") stipulate through their respective counsel of record as follows:

    WHEREAS, on May 2, 2013 a further Case Management Conference was held in this case following the issuance of the Court's claim construction order, at which the Court set a case schedule that included discovery cut-off, expert disclosure and other pre-trial dates, and also set a date for trial;

    WHEREAS, the parties agreed to brief extensions of the discovery cut-off and certain expert dates, by stipulation dated August 22, 2013, upon which the Court entered its order on August 23, 2013;

    WHEREAS, the parties agreed to a further brief extension of the dates for expert reports and certain pre-trial dates, by stipulation dated September 30, 2013, upon which the Court entered its order on October 1, 2013;

    WHEREAS, MasterObjects has requested that certain expert deadlines be extended to accommodate the schedule of its counsel and experts, and eBay has agreed to accommodate MasterObjects' request, the parties request a brief extension of the deadlines to serve rebuttal expert reports and the deadlines for expert discovery, with all other deadlines remaining unchanged;

    WHEREAS, the parties submit that the proposed change to the schedule is reasonably necessary for the orderly preparation of expert reports and completion of expert discovery;

    NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and request that the Court order the extension of dates for rebuttal expert reports and the expert discovery deadlines as shown in the chart below:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Last Day for Rebuttal Expert Reports (Non-Damages) | December 2, 2103 | December 9, 2013 |
| Last Day to Complete Expert Discovery (Non-Damages) | December 13, 2013 | December 18, 2013 |
| Last Day to File Dispositive Motions | December 23, 2013 | December 23, 2013 |

-2-

STIPULATION TO EXTEND CERTAIN PRETRIAL
DEADLINES AND [P~~ROPOSED~~] ORDER                                        Case No. 3:12-cv-00680-JSC

| | | |
|---|---|---|
| Last Day for Rebuttal Expert Report on Damages | December 2, 2013 | January 9, 2014 |
| Last Day to Complete Expert Discovery on Damages | December 13, 2013 | January 24, 2014 |
| Dispositive Motion Hearing | February 10, 2014 | February 10, 2014 |
| Last Day to File Daubert Motions | February 10, 2014 | February 10, 2014 |
| Pretrial Filings Due | March 10, 2014 | March 10, 2014 |
| Trial | April 21, 2014 | April 21, 2014 |

IT IS SO STIPULATED.

Dated: November 19, 2013           Respectfully submitted:

HOSIE RICE LLP

By:  */s/ Spencer Hosie*_____
      Spencer Hosie
      *Attorney for Plaintiff*
      *MasterObjects, Inc.*

BRACEWELL & GIULIANI LLP

By: */s/ John H. Barr, Jr.*_____
      John H. Barr, Jr.
      *Attorney for Defendant*
      *eBay, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: November 19, 2013

   */s/ John H. Barr, Jr.*_____
      John H. Barr, Jr.

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is hereby ORDERED that the pre-trial dates are extended to the proposed dates set forth above in the parties' stipulation.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: November  20 , 2013          _____
                                    Honorable Jacqueline Scott Corley
                                    United States Magistrate Judge

-4-

STIPULATION TO EXTEND CERTAIN PRETRIAL
DEADLINES AND [PROPOSED] ORDER                    Case No. 3:12-cv-00680-JSC