# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

Date: December 5, 2013

Time in Court: 03 minutes

JUDGE: Jacqueline Scott Corley

Case Number: C12-0680 JSC

Case Name: Masterobjects, Inc v eBay, Inc.

Attorney (s) for Plaintiff: Spencer Hosie*
Attorney (s) for Defendant: John Barr*

Deputy Clerk: Ada Means

PROCEEDINGS:

Case management conference - Held

ORDERED AFTER HEARING:


By the stipulation of the parties, this action is stayed.




Order to be prepared by: [] Plaintiff      [] Defendant     [x] Court

Notes:

cc:

* Telephonic Appearance