**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| MASTEROBJECTS, INC.<br><br>                    Plaintiff,<br><br>     v.<br><br>EBAY, INC.<br><br>                    Defendant. | Case No. 3:12-CV-00680-JSC<br><br>ORDER STAYING LITIGATION |

**PURSUANT TO THE JOINT STIPULATION** of the parties,

IT IS ORDERED that all currently pending deadlines are vacated, and this action be and is hereby STAYED. The parties are each Ordered to notify the Court within 30 days of any decision by the Federal Circuit on the merits of MasterObjects Inc.'s appeal of the Stipulated Final Judgment entered in *MasterObjects, Inc. v. Google, Inc.,* Case No. 4:11-CV-1054 (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: December 5, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE