SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 941111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>EBAY, INC.,<br><br>    Defendant. | Case No. CV 12-680 JSC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Case Management Conference<br>Honorable Jacqueline Scott Corley<br>Date:  February 5, 2015<br>Time: 1:30 pm<br>Dept.: Courtroom F, 15th Floor |

1 Pursuant to this Court's Order dated December 16, 2014, scheduling a case management conference for February 5, 2015 at 1:30 p.m., Plaintiff MasterObjects Inc. ("MasterObjects") and Defendant eBay, Inc. ("eBay"), submit this Joint Case Management Statement

MasterObjects and eBay have agreed in principle to dismiss the entire action (complaint and counterclaims) without prejudice, each party to bear its own fees and costs. The parties expect to file a stipulation and proposed order of dismissal no later than February 3, 2015.

Dated: January 29, 2015         Respectfully submitted:

HOSIE RICE LLP

By: */s/ George F. Bishop*
George F. Bishop
*Attorneys for Plaintiff
MasterObjects, Inc.*


BRACEWELL & GIULIANI LLP

By: /s/ *John H. Barr, Jr.*
John H. Barr, Jr.
*Attorneys for Defendant
eBay, Inc.*

**ATTESTATION**

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: January 29, 2015            By: */s/ George F. Bishop*